

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2021

No. 04-21-00179-CV

**IN THE INTEREST OF K.K.O, K.Z.B, Q.K.B, A.E.B., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02560
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed her notice of appeal on May 7, 2021. Thus, the 180-day deadline in which this court must dispose of this appeal is November 3, 2021.

The clerk's record was due on May 17, 2021. On May 19, 2021, the trial court clerk filed a notification of late record. The clerk has requested an additional eight days to file the record. The request is GRANTED. The trial court clerk is ORDERED to file the clerk's record with this court **no later than May 25, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2021.

_____
Michael A. Cruz,
Clerk of Court